UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
FILED

SEP 22 2022

AT JUNEAU
ROBER    ARR
CLERK U

UNITED STATES OF AMERICA

V.                                            INDICTMENT NO. 7:22-CR-15-REW

PHILLIP JUDE

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1
## 21 U.S.C. § 841(a)(1)

On or about February 3, 2021, in Johnson County, in the Eastern District of Kentucky,

**PHILLIP JUDE**

did knowingly and intentionally distribute a quantity of pills oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 2
## 21 U.S.C. § 841(a)(1)

On or about February 25, 2021, in Lawrence County, in the Eastern District of Kentucky,

**PHILLIP JUDE**

did knowingly and intentionally distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
## 21 U.S.C. § 841(a)(1)

On or about March 4, 2021, in Lawrence County, in the Eastern District of Kentucky,

**PHILLIP JUDE**

did knowingly and intentionally distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 4
## 21 U.S.C. § 841(a)(1)

On or about March 11, 2021, in Lawrence County, in the Eastern District of Kentucky,

**PHILLIP JUDE**

did knowingly and intentionally distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 5
## 21 U.S.C. § 841(a)(1)

On or about August 4, 2022, in Lawrence County, in the Eastern District of Kentucky,

**PHILLIP JUDE**

did knowingly and intentionally distribute controlled substances, including a quantity of pills containing oxycodone, a schedule II controlled substance, a mixture or substance containing a detectable amount of methamphetamine, a schedule II controlled substance,

and a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 6
## 21 U.S.C. § 841(a)(1)

On or about August 18, 2022, in Lawrence County, in the Eastern District of Kentucky,

### PHILLIP JUDE

did knowingly and intentionally distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 7
## 18 U.S.C. § 922(g)(1)

On or about August 18, 2022, in Lawrence County, in the Eastern District of Kentucky,

### PHILLIP JUDE,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is a H&R, Model 733, .32 caliber revolver, with serial number AH11666, and the firearm was in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

## COUNT 8
## 21 U.S.C. § 841(a)(1)

On or about August 30, 2022, in Lawrence County, in the Eastern District of Kentucky,

**PHILLIP JUDE**

did knowingly and intentionally distribute a quantity of pills containing oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 9
## 21 U.S.C. § 841(a)(1)

On or about September 7, 2022, in Lawrence County, in the Eastern District of Kentucky,

**PHILLIP JUDE**

did knowingly and intentionally possess with the intent to distribute controlled substances, including 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a quantity of pills containing oxycodone, a schedule II controlled substance, and a mixture or substance containing a detectable amount of fentanyl, a schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 10
## 18 U.S.C. § 924(c)(1)(A)

On or about September 7, 2022, in Lawrence County, in the Eastern District of Kentucky,

**PHILLIP JUDE**

did knowingly possess a firearm in furtherance of a drug trafficking offense for which he may be prosecuted in a Court of the United States, as set forth in Count 9, that is, possession with the intent to distribute controlled substances, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 11
## 18 U.S.C. § 922(g)(1)

On or about September 7, 2022, in Lawrence County, in the Eastern District of Kentucky,

**PHILLIP JUDE,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, that is a (1) SCCY, CPX-2, 9mm caliber pistol with serial number C123776; (2) Heritage MFG, Rough Rider, .22 caliber revolver with serial number TLO30313; (3) H&R Inc., Side-Kick, .22 caliber revolver with serial number S49457; (4) New England Firearms, 12 – gauge shotgun with serial number NU208544; and (5) Smith and Wesson, M&P Shield M 2.0, 9mm caliber pistol with serial number JNE6882, and the firearms were in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461

In committing the offenses alleged in Count 7, 10, and 11 of this Indictment, the below-listed firearms are subject to forfeiture pursuant to 18 U.S.C. § 924(d).

In committing the offenses alleged in Counts 1-6, and 8-9 of this Indictment, the same being punishable by imprisonment for more than one year **PHILLIP JUDE** used and intended to use the below-described property to commit and to facilitate the commission of the said controlled substance violations, and the below-described property constitutes proceeds obtained directly and indirectly as a result of the commission of the aforesaid

violations of 21 U.S.C. § 841(a)(1), including, but not limited to, the following property seized from **PHILLIP JUDE** on or about September 7, 2022:

### FIREARMS AND AMMUNITION:

1. H&R, Model 733, .32 caliber revolver with serial number AH11666;
2. SCCY, CPX-2, 9mm caliber pistol with serial number C123776;
3. Heritage MFG, Rough Rider, .22 caliber revolver with serial number TLO30313;
4. H&R Inc., Side-Kick, .22 caliber revolver with serial number S49457;
5. New England Firearms, 12 – gauge shotgun, with serial number NU208544;
6. Smith and Wesson, M&P Shield M 2.0, 9mm caliber pistol with serial number JNE6882; and
7. Various rounds of ammunition.

By virtue of the commission of the felony offenses charged in this Indictment, any and all interest **PHILLIP JUDE** has in the above-described property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461.

**FOREPERSON**

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

# **PENALTIES**

## **COUNTS 1-6, and 8-9**

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**If responsible for 50 grams or more of a mixture or substance containing methamphetamine:** Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**If Prior Serious Drug Felony or Serious Violent Felony Conviction:** Not less than 10 years nor more than life imprisonment, not more than a $8,000,000 fine, and at least 8 years supervised release.

## **COUNT 7 & 11**

Not more than 15 years imprisonment, $250,000 fine, and 3 years supervised release.

## **COUNT 10**

Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Forfeiture of listed items.